**BOYAMIAN LAW, INC.**
Michael H. Boyamian (SBN 256107)
michael@boyamianlaw.com
Armand R. Kizirian (SBN 293992)
armand@boyamianlaw.com
550 North Brand Blvd., Suite 1500
Glendale, CA 91203-1922
Telephone: 818-547-5300
Facsimile: 818-547-5678

**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Ste. 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

Attorneys for Plaintiff
HARO BEZDIKIAN, and All
Other Similarly Situated Individuals

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| HARO BEZDIKIAN, an individual, on behalf of himself and all other similarly situated individuals, <br><br> Plaintiff, <br><br> vs. <br><br> VALLEY GYM CORPORATION, a California corporation, d/b/a USA FITNESS CENTER, TEXTMUNICATION, INC., a California corporation, and DOES 1 through 25, inclusive, <br><br> Defendants. | Case No. 3:18-cv-04372-RS <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT TEXTMUNICATION, INC.** *WITHOUT PREJUDICE* |

1  **TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2  **PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

3  Plaintiff Haro Bezdikian hereby dismisses Defendant Textmunication, Inc. from this matter without

4  prejudice.  Defendant Textmunication, Inc. has not yet appeared in this action.  This matter remains

5  pending as to Defendant Valley Gym Corporation.

6

7  Dated:  November 8, 2018                    BOYAMIAN LAW, INC.
                                               MARTIN & BONTRAGER, APC
8

9

10                                             By: _/s/ Armand R. Kizirian_____
                                                   Michael H. Boyamian
11                                                 Armand R. Kizirian

12                                             Attorneys for Plaintiff
                                               Haro Bezdikian
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT TEXTMUNICATION, INC. WITHOUT PREJUDICE -
3:18-cv-04372-RS