**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Ste. 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

**BOYAMIAN LAW, INC.**
Michael H. Boyamian (SBN 256107)
michael@boyamianlaw.com
Armand R. Kizirian (SBN 293992)
armand@boyamianlaw.com
550 North Brand Blvd., Suite 1500
Glendale, CA 91203-1922
Telephone: 818-547-5300
Facsimile: 818-547-5678

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARO BEZDIKIAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>VALLEY GYM CORPORATION,<br><br>Defendant. | Case No. 3:18-cv-04372-RS<br><br>**NOTICE OF SETTLEMENT** |

"NOW COMES Plaintiff, HARO BEZDIKIAN ("Plaintiff"), by and through the undersigned counsel, to inform this Honorable Court that the parties in the above-captioned case have reached an agreement in principle that resolves the disputed individual claims at issue in this case. The agreement in principle is not an admission of wrongdoing or liability on the part of any party. The parties are diligently working on the settlement documentation and Plaintiff anticipates filing a voluntary dismissal of this action with prejudice as to Plaintiff's individual claims pursuant to FED. R. CIV. P. 41(a)(1)(A) within forty-five (45) days. Plaintiff requests that the Court vacate all pending hearings and deadlines in the interim pending full performance on the settlement terms and subsequent filing of the aforementioned dismissal."

Dated December 18, 2018,                **MARTIN & BONTRAGER, APC**

/s/ Nicholas J. Bontrager

Nicholas J. Bontrager

*Attorneys for Plaintiff*

## PROOF OF SERVICE

I filed electronically on this 18th day of December, 2018, **NOTICE OF SETTLEMENT**, with:

United States District Court CM/ECF system

Notification sent electronically on this 18th day of December, 2018, to:

LOCKE LORD LLP
F. Phillip Hosp
phosp@lockelord.com
Jamie M. Cheng
jamie.cheng@lockelord.com

This 18th day of December, 2018

s/Nicholas J. Bontrager
Nicholas J. Bontrager