UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HARO BEZDIKIAN,

    Plaintiff,

v.

VALLEY GYM CORPORATION,

    Defendant.

Case No. 18-cv-04372-RS

**STANDBY ORDER OF DISMISSAL**

    The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **February 14, 2019**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **February 21, 2019, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

    **IT IS SO ORDERED.**

Dated: December 18, 2018

_____

Richard Seeborg
United States District Judge