UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARO BEZDIKIAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>VALLEY GYM CORPORATION,<br><br>Defendant(s). | Case No.: 3:18-cv-04372-RS<br><br>[PROPOSED] ORDER RE JOINT STIPULATION OF DISMISSAL OF PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE |

**[PROPOSED] ORDER RE JOINT STIPULATION OF DISMISSAL OF PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE**

The Stipulation to Dismiss Plaintiff's individual claims with Prejudice, putative class without Prejudice is hereby approved. All parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: 2/5/19

By: _/s/ Richard Seeborg_

Richard Seeborg

United States District Judge

- 1 -